FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0316

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0316

_____

IN RE THE PARENTING OF

T.R.L., a minor child,

CASSIE NEZ PERCE,

     Petitioner and Appellant,                      O R D E R

and

BOB A. LUHMAN,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Cassie Nez Perce, to all counsel of record, and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024